UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

| | |
|---|---|
| HANS-JUERGEN BENZE | : Docket No. 12 Civ. 6964 (AJN) |
| Plaintiff, | : NOTICE OF MOTION TO <u>CONFIRM ARBITRATION AWARD</u> |
| - against - | : |
| ANTIQUORUM USA, INC., | : |
| Defendant. | : |

------------------------------------------------X

**PLEASE TAKE NOTICE** that, upon the annexed Affirmation of Michael Levine, Esq., and upon all of the pleadings and proceedings heretofore had herein, the undersigned hereby MOVES this Court for an Order, pursuant to 9 U.S.C. § 9, confirming the Award of the American Arbitration Association [Arbitrator Martin S. Tackel, Esq], dated January 8, 2014, and awarding the Defendant such other, further and different relief as to the Court may seem just and proper.

Dated: January 10, 2014

Levine & Associates, P.C.

By: _____
Michael Levine (ML5153)

15 Barclay Road
Scarsdale, NY  10583
Telephone (914) 600-4288
Fax (914) 725-4778
e-mail: ml@LevLaw.org
